

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

April 1, 2021

**VIA ECF**
Honorable Judge James L. Cott
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Sanchez v. GourmetGiftBaskets.com, Inc.; Case No. 1:20-cv-10676-LTS-JLC

To the Honorable Judge Cott,

    This firm represents Plaintiff Christian Sanchez (hereinafter "Plaintiff") in this matter, which involves claims asserted under the Americans with Disabilities Act, 42 U.S.C. §12101.

    The parties respectfully request that the Court adjourn all deadlines in this case for 60 days as the parties are discussing resolution of this matter. The parties expect to file a stipulation of dismissal or notify the court of the status of the case on or before May 28, 2021.

    Thank you for your consideration in this matter.

                                                                    Respectfully submitted,

                                                                    */S/ Joseph H. Mizrahi*
                                                                    Joseph H. Mizrahi, Esq.